IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH DIAZ,

Defendant.

**Case No.:** CR 4:26–00315 HSG

**ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT TO OCTOBER 21, 2026**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Joseph Diaz scheduled for September 23, 2026, be continued to October 21, 2026, at 2:00 PM for status.

IT IS FURTHER ORDERED that the time until October 21, 2026, be hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

**IT IS SO ORDERED.**

Dated: 9/22/2026

Haywood S. Gill Jr.

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge